# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 6D2025-0948
Lower Tribunal No. 2020-CF-001086

—————————————————

TREVION MALIK GUNN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Vincent S. Chiu, Judge.

November 4, 2025

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and WHITE, JJ., concur.


Trevion Malik Gunn, Cross City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED